UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIERRA CLUB,<br>　　Plaintiff,<br><br>　　v.<br><br>LISA P. JACKSON,[1] Administrator,<br>U.S. Environmental Protection Agency,<br>　　Defendant. | ) Case No. 1:01CV01537<br>) (consolidated with<br>) Case No. 1:01CV01548<br>) Case No. 1:01CV01558<br>) Case No. 1:01CV01569<br>) Case No. 1:01CV01578<br>) Case No. 1:01CV01582<br>) Case No. 1:01CV01597)<br>)<br>) Judge Paul L. Friedman |

**SIERRA CLUB'S NOTICE REGARDING COSTS OF LITIGATION**

In its Order of April 11, 2011, this Court granted Sierra Club an extension until July 19, 2011 of the deadline for seeking costs and attorney fees related to its Order of January 20, 2011. Sierra Club hereby notifies the Court that: (1) Sierra Club and EPA reached a settlement agreement covering the costs of litigation incurred in the present case prior to April 25, 2011; (2) that settlement agreement has been satisfied; and (3), Sierra Club does not intend to file a petition for costs of litigation incurred in the present case prior to April 25, 2011.

DATED:　　June 22, 2011　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ James S. Pew
　　　　　　　　　　　　　　　　　　　　James S. Pew
　　　　　　　　　　　　　　　　　　　　(D.C. Bar # 448830)
　　　　　　　　　　　　　　　　　　　　Earthjustice
　　　　　　　　　　　　　　　　　　　　1625 Massachusetts Ave., NW, Suite 702
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　(202) 667-4500

　　　　　　　　　　　　　　　　　　　　Attorney for Sierra Club

---

[1] Under Rule 25(d)(1), current Administrator Lisa P. Jackson is automatically substituted for former Administrator Stephen L. Johnson.

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2011 I caused **Sierra Club's Notice Regarding Costs Of Litigation** to be served on counsel of record in this case through the Court's ECF system, and on the counsel listed below via First-Class U.S. Mail.

<u>Served by First-Class U.S. Mail</u>:

Richard A. Penna
VAN NESS FELDMAN, P.C.
1050 Thomas Jefferson Street, NW
Washington, DC 20007

Alison Ann Keane
NATIONAL PAINT & COATING ASSOCIATION
1500 Rhode Island Avenue, NW
Washington, DC 20005


DATED:      June 22, 2011            /s/ James S. Pew
                                     James S. Pew